**CLOSED**

|  |  |
|---|---|
| ELECTROSPEC, INC., | : UNITED STATES DISTRICT COURT |
|  | :        DISTRICT OF NEW JERSEY |
| Plaintiff(s), | : |
|  | :   Hon. Dennis M. Cavanaugh, U.S.D.J. |
| -vs- | :   Civil Action No. 11cv4609 (DMC)(MF) |
|  | : |
| EAST COAST ELECTRONICS & | :           DISMISSAL ORDER |
| DATA, INC., et al., | : |
|  | : |
| Defendant(s), | : |
|  | : |

   IT HAVING BEEN REPORTED to the Court that the above-captioned matter has been settled;

   IT IS on this 12th  day of December, 2012

   ORDERED THAT this matter be and hereby is dismissed without costs and without prejudice to the right, upon good cause shown within 60 days, to seek to reopen the action if the settlement is not consummated.


                                                    S/ Dennis M. Cavanaugh
                                                   **DENNIS M. CAVANAUGH**
                                                   **United States District Judge**

cc:   All Parties
      Hon. Mark Falk, U.S.M.J.
      File